NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CEDRIC M. BUCKLON,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D17-2254
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____   )


Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Cedric M. Bucklon, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Sonya Roebuck
Horbelt, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.